No. 90-5910.  HARPER *v.* BUMPERS ET AL.  C. A. 8th Cir. Certiorari denied.

No. 90-5911.  KELLY *v.* ZIMMERMAN, WARDEN, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90-5916.  JOHNSON *v.* MACK.  Ct. App. D. C.  Certiorari denied.

No. 90-5920.  GILBERTSON *v.* WALKER ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 90-5934.  HENDERSON *v.* GOEKE, SUPERINTENDENT, RENZ CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 90-5953.  WATERS *v.* MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 90-5954.  ROBERTSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90-5955.  WHITE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90-5956.  WILLIARD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90-5957.  OWENS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90-5960.  CROFT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90-5963.  DELAHOUSSAYE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90-5975.  THOMPSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90-5976.  PRYER *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART.  C. A. 3d Cir.  Certiorari denied.

No. 90-5984.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.